IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                                      No. CR 04-1978 JB

ROBERT MICHAEL HANRAHAN,

        Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Government's Motion *in Limine*, filed July 18, 2005 (Doc. 41). The Court held a hearing on this motion on July 18, 2005. The United States represented that it did not intend to preclude evidence that the gun was operable; the Defendant requested that he did not intend to argue that the gun was not a firearm or ask for jury nullification. Accordingly, consistent with the Court's ruling at the hearing on this motion, and for the reasons given at the time of the hearing, the Court will deny the United States' motion.

**IT IS ORDERED** that the United States' motion *in limine* is denied.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

*Counsel*:

Johnny Sutton
  United States Attorney
Judith A. Patton
  Assistant United States Attorney
San Antonio, Texas

       *Attorneys for the Plaintiff*

Jane Greek
Barbara Mandel
  Assistant Federal Public Defenders
Federal Public Defender's Office
Las Cruces, New Mexico

   *Attorneys for the Defendant*