IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                      No. CR 04-1978 JB

ROBERT MICHAEL HANRAHAN,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion *in Limine* to Exclude Evidence, filed July 18, 2005 (Doc. 41). The Court held a hearing on this motion on July 18, 2005. Consistent with the Court's ruling at the hearing on this motion, and for the reasons given at the time of the hearing, the Court will grant Defendant Robert Michael Hanrahan's motion. The United States may not offer testimony about Hanrahan's tatoos or about the dangling ignition mechanism and the broken steering column, unless the Defendant opens the door by soliciting such testimony in his cross examination or in his case in chief.

**IT IS ORDERED** that the Defendant's motion *in limine* is granted.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

*Counsel*:

Johnny Sutton
  United States Attorney
Judith A. Patton
  Assistant United States Attorney
San Antonio, Texas

      *Attorneys for the Plaintiff*

Jane Greek
Barbara Mandel
  Assistant Federal Public Defenders
Federal Public Defender's Office
Las Cruces, New Mexico

    *Attorneys for the Defendant*