## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

                                       No. CIV 09-0219 JB/KBM
                                       No. CR   04-1978 JB

ROBERT MICHAEL HANRAHAN,

      Defendant-Movant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed April 28, 2010 (Doc. 25). In that opinion, the Court adopted the Magistrate Judge's Proposed Findings and Recommended Disposition, which recommended that the Court deny the last ground for relief in Plaintiff Robert Michael Hanrahan's motion for habeas relief under 28 U.S.C. § 2255. Because the Court has denied Hanrahan's final ground for habeas relief under 28 U.S.C. § 2255, the Court finds that entry of final judgment is appropriate in this matter.

**IT IS ORDERED** that final judgment is entered in this matter.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Judith Patton
  Assistant United States Attorney
United States Attorney's Office
Western District of Texas
San Antonio, Texas

    *Attorney for the Plaintiff-Respondent*

D. Eric Hannum
Albuquerque, New Mexico

*Attorney for the Defendant-Movant*